UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-81783-CIV-COHN/SELTZER

DAVID M. LEVINE,

Plaintiff,

v.

JOSEPH AZZATA, CARLA AZZATA, SETERUS, INC., SPECIALIZED LOAN SERVICING LLC, and INTERNAL REVENUE SERVICE,

Defendants.
_____________________________________/

# ORDER

**THIS CAUSE** is before the Court upon the Motion to Enforce Settlement [DE 68] ("Motion") filed by Plaintiff David M. Levine in his capacity as Receiver for eCareer Holdings, Inc. and eCareer, Inc. The Court held a hearing on the Motion earlier today, at which Plaintiff informed the Court that all parties to this litigation have executed a formal Settlement Agreement. For the reasons stated on the record at the hearing, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Enforce Settlement [DE 68] is **DENIED as moot**;
2. Plaintiff may file a separate motion for reasonable attorneys' fees and costs incurred in his settlement enforcement efforts on or before **December 14, 2016**;
3. This action is hereby **STAYED** pending the sale of the subject Property pursuant to the terms of the Settlement Agreement;

4. The parties are instructed to file a **STATUS REPORT** regarding the sale of the Property every 30 days from the date of this Order;
5. The January 5, 2017 calendar call in this action is hereby **CANCELLED**, and the January 9, 2017 trial is **CONTINUED** indefinitely; and
6. The Clerk of Court is directed to **CLOSE** this case for administrative purposes.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of November, 2016.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
Joseph Azzata (*pro se*)